# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER: Circuit Rule 33**

October 15, 2026

*By the Court*:

| | |
|---|---|
| Nos. 26-2239 & 26-2293 | JAMES R. BROWN,<br>Plaintiff – Appellant, Cross – Appellee<br><br>v.<br><br>P. SCOTT NEVILLE, JR., et al.,<br>Defendants – Appellees, Cross – Appellants |
| **Originating Case Information:** | |
| District Court No: 1:26-cv-01825<br>Northern District of Illinois, Eastern Division<br>District Judge Edmond E. Chang | |

Pursuant to Circuit Rule 33, all proceedings in this appeal are **STAYED** pending further court order.

Counsel for the Appellants and Appellees are directed to make an electronic mail Status Report to the Circuit Mediation Office on or before November 16, 2026. This requirement may be satisfied by filing a motion under Fed. R. App. P. 42(b) to dismiss the appeal.

form name: **c7_Order_CR33** (form ID: **186**)